### J. L. NOUNES v. THE STATE.

No. 18635.   Delivered December 2, 1936.
Rehearing Denied January 27, 1937.

The opinion states the case.

*William H. Scott* and *King C. Haynie* (on rehearing), both of Houston, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for operating an open saloon; punishment, a fine of $500.00.

This is a companion case to Nounes v. State, cause No. 18,-634, opinion this day handed down. The record is substantially the same. No statement of facts and no bills of exceptions appear.

For the reasons stated in the case above referred to, the judgment of the trial court is affirmed.

*Affirmed.*

### ON MOTION FOR REHEARING.

HAWKINS, JUDGE.—The motion for rehearing is predicated on an apparent filing of the information before the complaint was sworn to. The same situation with reference to such dates appears here as is shown in No. 18,627, Gremillion v. State (page 583 of this volume), and in a companion case, No. 18,-634, Nounes v. State (page 603 of this volume).

For reasons given in the cases mentioned the motion for rehearing is overruled.

*Overruled.*